1 **Rivera & Associates**
Jesse M. Rivera, CSB #84259
2 Jonathan B. Paul, CSB #215884
Shanan L. Hewitt, CSB #200168
3 Kelly A. Yokley, CSB #192015
4 2180 Harvard Street, Ste. 310
Sacramento, California 95815
5 Tel: 916-922-1200
Fax: 916 922-1303
6 Attorneys for Defendant,
7 A. Nangalma, M.D.

8 **Williams & Associates**
Kathleen J. Williams, CSB #127021
9 Martha M. Stringer, CSB #156333
Leslie Wagley, CSB #215281
10 1250 Sutterville Road
Suite 290
11 Sacramento, CA 95822
916-456-1122
12 916-737-1126 (fax)
Attorneys for Defendant,
13 Jian Ma, M.D.

14 **IN PRO PER**
James Goldsmith Jr.,
15 Plaintiff

16
### IN THE UNITED STATES DISTRICT COURT
17
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
18

19 JAMES GOLDSMITH JR.,           )   **CASE NO.** 2:10-cv-02845 EFB
                                  )
20        Plaintiff,              )   **STIPULATION AND ORDER FOR**
                                  )   **CONSOLIDATION OF CASES FOR ALL**
21 vs.                            )   **PURPOSES**
                                  )
22 DR. A NANGALMA,                )
                                  )
23        Defendant,              )
                                  )

24
25 **COME NOW THE PARTIES** by and through their respective counsel and/or in pro per

26 and subject to the approval of this Court, hereby stipulate and respectfully request that the above-

27 entitled action be consolidated with *James K. Goldsmith v. Jian Ma, M.D.,* Case No. CIV 2:10-cv-

28 1570 EFB, for all purposes, including trial.

1  The parties stipulated to consolidation of the action pursuant to Federal Rule of Civil
2  Procedure 42(a) on the grounds that: (1) the cases involve common questions of fact and law; (2)
3  consolidation will promote judicial efficiency, prevent duplicative discovery and motion practice
4  and avoid inconsistent orders; and (3) consolidation will cause no demonstrable prejudice to the
5  parties.

6  **IT IS SO STIPULATED**.

8  Dated: November 28, 2011                    RIVERA & ASSOCIATES

9                                              /s/ Jonathan B. Paul
                                                _____
10                                              JONATHAN B. PAUL
                                                Attorney for Defendant
11                                              A. NANGALAMA, M.D.

13  Dated: November 28, 2011                   WILLIAMS & ASSOCIATES

                                                /s/ Leslie Wagley
14                                              (As authorized on January 6, 2012)

15                                              _____
                                                LESLIE WAGLEY
                                                Attorney for Defendant
16                                              JIAN MA, M.D.

18  Dated: December 6, 2011                    PLAINTIFF

                                                /s/ James K. Goldsmith, Jr.
19                                              (As Authorized on December 6, 2011)

20                                              _____
                                                JAMES K. GOLDSMITH, JR.
                                                Plaintiff in Pro Per

1  Accordingly, it is hereby ORDERED that:

2  1. Case No: 2:10-cv-2845 EFB is designated as the "master file";

3  2. The Clerk is directed to copy from Case No. 10-cv-1570 EFB, the complaint (Dckt.
4  No.1), the answer (Dckt. No. 12), the pending motion for summary judgment (Dckt. No. 34), and
5  any other pertinent documents, and to place those copies in the "master file";

6  3. The Clerk is directed to administratively close Case No. 10-cv-1570 EFB; and

7  4. The parties are directed to file all future pleadings ONLY in Case No: 2:10-cv-2845.

8  **SO ORDERED**.

9  Dated:  January 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE