**Rivera & Associates**
Jesse M. Rivera, CSB #84259
Jonathan B. Paul, CSB #215884
Shanan L. Hewitt, CSB #200168
Kelly A. Yokley, CSB #192015
2180 Harvard Street, Ste. 310
Sacramento, California 95815
Tel: 916-922-1200
Fax: 916 922-1303
Attorneys for Defendant,
A. Nangalma, M.D.

**Williams & Associates**
Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
Leslie Wagley, CSB #215281
1250 Sutterville Road
Suite 290
Sacramento, CA 95822
916-456-1122
916-737-1126 (fax)
Attorneys for Defendant,
Jian Ma, M.D.

**IN PRO PER**
James Goldsmith Jr.,
Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GOLDSMITH JR.,              ) | **CASE NO.** 2:10-cv-02845 EFB |
|                                            ) | |
| Plaintiff,            ) | **STIPULATION AND ORDER FOR CONSOLIDATION OF CASES FOR ALL PURPOSES** |
|                                            ) | |
| vs.                                       ) | |
|                                            ) | |
| DR. A NANGALMA,             ) | |
|                                            ) | |
| Defendant,           ) | |

**COME NOW THE PARTIES** by and through their respective counsel and/or in pro per and subject to the approval of this Court, hereby stipulate and respectfully request that the above-entitled action be consolidated with *James K. Goldsmith v. Jian Ma, M.D.,* Case No. CIV 2:10-cv-1570 EFB, for all purposes, including trial.

1  The parties stipulated to consolidation of the action pursuant to Federal Rule of Civil
2  Procedure 42(a) on the grounds that: (1) the cases involve common questions of fact and law; (2)
3  consolidation will promote judicial efficiency, prevent duplicative discovery and motion practice
4  and avoid inconsistent orders; and (3) consolidation will cause no demonstrable prejudice to the
5  parties.
6  **IT IS SO STIPULATED**.

7

8  Dated: November 28, 2011          RIVERA & ASSOCIATES
9                                    /s/ Jonathan B. Paul
10                                   _____
                                     JONATHAN B. PAUL
                                     Attorney for Defendant
11                                   A. NANGALAMA, M.D.

12
13 Dated: November 28, 2011          WILLIAMS & ASSOCIATES

                                     /s/ Leslie Wagley
14                                   (As authorized on January 6, 2012)

15                                   _____
                                     LESLIE WAGLEY
                                     Attorney for Defendant
16                                   JIAN MA, M.D.

17
18 Dated: December 6, 2011           PLAINTIFF

                                     /s/ James K. Goldsmith, Jr.
19                                   (As Authorized on December 6, 2011)

20                                   _____
                                     JAMES K. GOLDSMITH, JR.
                                     Plaintiff in Pro Per
21
22
23
24
25
26
27
28

Accordingly, it is hereby ORDERED that:

1. Case No: 2:10-cv-2845 EFB is designated as the "master file";

2. The Clerk is directed to copy from Case No. 10-cv-1570 EFB, the complaint (Dckt. No.1), the answer (Dckt. No. 12), the pending motion for summary judgment (Dckt. No. 34), and any other pertinent documents, and to place those copies in the "master file";

3. The Clerk is directed to administratively close Case No. 10-cv-1570 EFB; and

4. The parties are directed to file all future pleadings ONLY in Case No: 2:10-cv-2845.

**SO ORDERED**.

Dated: January 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE