IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES K. GOLDSMITH, JR., | | |
| Plaintiff, | No. 2:10-cv-2845 EFB P | |
| vs. | | |
| A. NANGALAMA, et al., | ORDER AND | |
| Defendants. | FINDINGS AND RECOMMENDATIONS | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff moves to dismiss this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure on the grounds that he cannot proceed in this action because of a medical condition, a limited education, and difficulty obtaining legal assistance. Dckt. No. 47. Under Rule 41(a)(2), a court may dismiss an action upon the plaintiff's request on terms the court considers proper. Because defendants did not respond to plaintiff's motion, the court deems waived any opposition thereto, *see* E.D. Cal. L. R. 230(l), and plaintiff's motion to voluntarily dismiss this action should be granted.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

Further, it is HEREBY RECOMMENDED that plaintiff's request for voluntary dismissal (Dckt. No. 47) be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE